**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                              <u>ORDER</u>

DAYQUAN VALLEJO,                          20 Crim. 334 (GBD)

                   Defendant.

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The September 22, 2020 status conference is adjourned to October 27, 2020 at 10:00 a.m.

Dated: New York, New York                  SO ORDERED.
       September 2, 2020

                                                      _George B. Daniels_
                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE