UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

-against-

DAYQUAN VALLEJO,

Defendant.

------------------------------------ x

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for October 27, 2020 at 10:00 a.m. is adjourned to November 17, 2020 at 10:30 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       October 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge