SDNY
MENT
RONICA. . FILED
#:
FILED MAR 1 5 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA,

           -against-

DAYQUAN VALLEJO,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

       ORDER

    20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on March 23, 2021 is adjourned to April 20, 2021

at 10:00 a.m.  Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(7), until that time.

Dated: New York, New York
       March 15, 2021

                       SO ORDERED.

                          George B Daniels
                          GEORGE B. DANIELS
                          United States District Judge