UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DAYQUAN VALLEJO,

             Defendant.

------------------------------------- x

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on April 20, 2021 is adjourned to May 25, 2021 at 11:00 a.m. and is converted to a change of plea hearing. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       April 19, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE