**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

DAYQUAN VALLEJO,

Defendant.

------------------------------------- x

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

The change of plea hearing scheduled to occur on May 25, 2021 is rescheduled to May 26, 2021 at 10:30 a.m.

Dated: New York, New York
May 18, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge