UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

DAYQUAN VALLEJO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2021

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

The letter motion by Mr. Nelson De La Cruz, Esq. requesting to be relieved as Mr. Vallejo's attorney, (ECF No. 23), is DENIED without prejudice.

The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
September 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge