UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

DAYQUAN VALLEJO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from November 9, 2021 to January 4, 2022 at 10:00 a.m.

Dated: New York, New York
November 8, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge