UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-

DAYQUAN VALLEJO,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Cr. 334 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from February 9, 2022 to March 1, 2022 at 10:00 a.m. and will occur live in courtroom 11A.

Dated: New York, New York
       February 9, 2022

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge